## Doremus v. Clarke.

51a  435
f93  1  87
51  435
Case 1
110  106

1. Verdict—*Against the Weight of the Testimony.*—A verdict which is manifestly against the weight of the testimony should be set aside; a judgment based upon it will be reversed.

Memorandum.—Appeal from the Superior Court of Cook County; the Hon. Theodore Brentano, Judge, presiding. Heard in this court at the October term, 1893. Reversed and remanded. Opinion filed February 13, 1894.

The statement of facts is contained in the opinion of the court.

Francis A. Riddle and Frank B. Dyche, attorneys for appellant.

Mr. Justice Shepard delivered the opinion of the Court.

The judgment appealed from was recovered upon evidence so strongly preponderating against the appellee, who was plaintiff below, that we are unable to discover any reasonable justification for it. The appellee apparently has no faith in its justice, for she does not appear in this court in its defense.

The dispute was a mere matter of accounting, and from the record as presented to us, which we have, although unaided by appellee, diligently examined, we can not see how the judgment can be upheld. It looks very much as if the judgment ought to have been considerably in favor of the appellant.

We will therefore reverse and remand the cause.